```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
CARMEN TAVAREZ-VARGAS, *individually and on behalf* :
*of all others similarly situated*
: 1:21-cv-10606-GHW
:
                                    Plaintiff,       :
                                                     :           ORDER
                    -against-                        :
                                                     :
DANCING DEER BAKING COMPANY, INC.,                   :
                                                     :
                                    Defendant.       :
                                                     X
-------------------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

In the Court's order dated March 29, 2022, Dkt. No. 15, the parties were directed to submit a joint status letter and proposed case management plan and scheduling order to the Court no later than April 26, 2022. The Court has not received those materials. The parties are directed to comply with the Court's March 29, 2022 order forthwith, in no event later than April 28, 2022.

SO ORDERED.

Dated: April 26, 2022
New York, New York                                  _____
                                                       GREGORY H. WOODS
                                                     United States District Judge