**MEMORANDUM ENDORSED**



```
                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #:_____
                                                DATE FILED: 4/27/2022
```

William Downes – Associate
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
wdownes@mizrahikroub.com
www.mizrahikroub.com

April 26, 2022

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Tavarez-Vargas v. Dancing Deer Baking Company, Inc.,*
               Case No. 1:21-cv-10606 (GHW)

Dear Judge Woods:

      We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced class action. We respectfully write in response to the Court's Order of March 29, 2022, to inform the Court that Plaintiff has been in contact with Defendants Dancing Deer Baking Company Inc., and Hudson River Foods Corporation ("Defendants"). Defendants are in the process of retaining counsel. *See* Docket No. 15. As such, Plaintiff respectfully requests an adjournment of the Initial Pre-Trial Conference currently scheduled for May 3, 2022, as well as 30 days for Defendant to appear through counsel and respond to the First Amended Complaint .

                                                          Respectfully submitted,
                                                           /s/ *William Downes*
                                                           William Downes, Esq.

      Cc:    All Counsel of Record (via ECF)

Plaintiff's request to adjourn the IPTC is granted. The initial pre-trial conference is adjourned to June 15, 2022 at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The joint status letter and proposed case management plan and scheduling order described in the Court's December 13, 2021 order are due no later than June 8, 2022.

In addition, the deadline for Defendant to answer or otherwise respond to the first amended complaint is extended to May 27, 2022.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 16.

    SO ORDERED.

Dated: April 27, 2022
New York, New York

                                                                              _____
                                                                              GREGORY H. WOODS
                                                                           United States District Judge