**MEMORANDUM ENDORSED**



Edward Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

June 8, 2022

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2022

**VIA ECF**

Re: *Tavarez-Vargas v. Dancing Deer Baking Company;*
Case No. 1:21-cv-10606 (GHW)

Dear Judge Woods:

We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced ADA website-accessibility class action. We respectfully write in response to the Court's April 27, 2022 Order. *See* Docket No. 18. Although Plaintiff has been in direct contact with Defendant, Defendant has not retained counsel, appeared in this case, or otherwise responded to Plaintiff's Complaint by the Court ordered deadline of May 27, 2022. *See* Docket No. 9 Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference Scheduled for June 15, 2022 and grant Plaintiff 30 days to move for Default Judgment.

Respectfully submitted,

/s/ *Edward Kroub*
Edward Kroub, Esq.

Cc: All Counsel of Record (via ECF)

Application granted. The initial pre-trial conference scheduled for June 15, 2022 is adjourned *sine die*. The Court expects Plaintiff to file an application for the issuance of an order to show cause as to why default judgment should not be entered in this case no later than July 7, 2022.

SO ORDERED.

Dated: June 9, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge